UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case transfers to
**District Judge Roy K. Altman**

1. *Collins v. Florida Department of Corrections*, Case No. 18-cv-60537
2. *Sream, Inc. et al. v. Pines Food Sales, Corporation*, Case No. 18-cv-61427
3. *Saddouki et al. v. Target Corporation et al.*, Case No. 18-cv-61833
4. *Marante et al. v. Lexington Insurance Company*, Case No. 18-cv-62146
5. *Malcolm v. Commissioner of Social Security*, Case No. 18-cv-62251
6. *Alhindi, Inc. et al. v. Tower Hill Prime Insurance Company*, Case No. 18-cv-62253
7. *Marks v. Commissioner of the Social Security Administration*, Case No. 18-cv-62332
8. *Luxottica Group S.P.A. v. The Individual, Partnership or Unincorporated Association*, Case No. 18-cv-62718
9. *Mattera et al. v. Ultimate Motors, Inc. et al.*, Case No. 18-cv-62802
10. *Simon v. Hampton Inn Hotel et al.*, Case No. 18-cv-63032
11. *Caplan v. Taft Rehab Center LLC et al.*, Case No. 19-cv-60065
12. *Rodriguez v. El Nuevo Juana Café, Inc. et al.*, Case No. 19-cv-60114
13. *Simon v. United States of America*, Case No. 19-cv-60186
14. *Kennedy v. S&S Country Inn, LLC*, Case No. 19-cv-60251
15. *RLI Insurance Company v. Sunrise Transportation, Inc. et al.*, Case No. 19-cv-60432
16. *Argo Holdings, Inc. et al. v. Youngblood Skin Care Products, LLC*, Case No. 19-cv-60487
17. *A&E Adventures LLC v. Intercard, Inc.*, Case No. 19-cv-60557
18. *Philippeaux v. United States of America et al.*, Case No. 19-cv-60617
19. *Schulsinger et al. v. Robbins et al.*, Case No. 19-60700
20. *Torres v. Contoure Laser Body Sculpting & Cosmetic Center, LLC*, Case No. 19-cv-60768
21. *Garcia et al. v. El Nuevo Juana Café, Inc. et al.*, Case No. 19-cv-60829
22. *Guia v. The Poverello Center, Inc. et al.*, Case No. 19-cv-60855
23. *Kennedy v. AH Hospitality, LLC*, Case No. 19-cv-60879

**ORDER OF REASSIGNMENT**

The Clerk of Court has randomly selected the above cases to be reassigned from District Judge Marcia G. Cooke to the newly-appointed District Judge Roy K. Altman. Before executing this Order, Judge Cooke has reviewed the record and ruled on all pending, ripe motions not previously referred to the paired Magistrate Judge, and which are fully briefed, in accord with the policy established by the Judges of the Southern District of Florida. *See Internal Operating Procedures*, §§ 2.05.03 – 2.05.04. Accordingly, the Court **REASSIGNS** the above cases to the Honorable Roy K. Altman as of April 11, 2019 for all further proceedings. From this point forward, all documents filed in these cases will be followed by the initials **RKA** instead of **MGC**.

**DONE and ORDERED** in chambers, Miami, Florida, this 11th day of April 2019.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Roy K. Altman, U.S. District Judge*
*Counsel of record*