UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60487-CIV-ALTMAN/Hunt

**SOLU-MED, INC.**,

    **Plaintiff**,

v.

**YOUNGBLOOD SKIN CARE PRODUCTS, LLC**,

    **Defendant**.

_____/

## ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion to Dismiss [ECF No. 18] and the Plaintiff's Motion to Strike Notice of Supplemental Authority [ECF No. 33]. The Court heard oral argument on both motions on September 20, 2019. Having carefully reviewed and considered the parties' motions, the record, and the governing law, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. For the reasons stated in open court on September 20, 2019, the Defendant's Motion to Dismiss [ECF No. 18] is **DENIED**.

2. For the reasons stated in open court on September 20, 2019, the Plaintiff's Motion to Strike Notice of Supplemental Authority [ECF No. 33] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of September 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record