UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-60487-CIV-ALTMAN/HUNT

SOLU-MED, INC.,

    Plaintiff,

v.

YOUNGBLOOD SKIN CARE
PRODUCTS LLC,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO COMPEL DEPOSITION OF NON-PARTY ADAM WEINSTEIN

THIS MATTER is before this Court on Defendant's Unopposed Motion to Compel Deposition of Non-Party Adam Weinstein.  ECF No. 101.  This Court having considered the Motion, the court file and applicable law, and finding no response or objection thereto, it is hereby:

ORDERED AND ADJUGED that the Motion is GRANTED.

Adam Weinstein shall appear for deposition within seven days of this Order.

DONE AND ORDERED in Chambers in Broward County, Florida, this 12th day of February 2020.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE