**Name and Contact Info of entity that submitted take down notice:**

Complaint ID 5518323151 submitted by RO contact: brandprotection@ybskin.com; Brand Name Youngblood.

"Hello,

We have researched Youngblood's listings and found the following ASINs are in violation of our trademark, 3812755.

- Counterfeit products are being sold on the following listings

- Please immediate action and remove these sellers currently listing counterfeit product.

According to Amazon's robust and aggressive anti-counterfeit policy, sellers must list items that match the detail pages exactly. The indicated sellers are not selling the authentic products as shown in the ASIN(s) referenced.

We know that Amazon takes product authenticity very seriously and Amazon requires sellers to list items that exactly match the detail pages. Therefore, we respectfully request that Amazon immediately and proactively remove these sellers from the mentioned ASIN(s) and prohibit these sellers from listing against these ASIN(s) in the future.

Thank You,

Youngblood

Pl f's EXHIBIT 5 FOR ID
WENDY J. WRIGHT, CSR
DATE 12-9-19
WITNESS Toth
PAGE 1 OF 1

CONFIDENTIAL AMZN_00003