UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-CV-60487

ARGO HOLDINGS, INC., and
SOLU-MED, INC.,

    Plaintiffs,

v.

YOUNGBLOOD SKIN CARE
PRODUCTS LLC,

    Defendant.

_____/

## DEFENDANT YOUNGBLOOD SKIN CARE PRODUCTS, LLC, ANSWERS TO FIRST SET OF INTERROGATORIES

Defendant, Youngblood Skin Care Products, LLC, by and through undersigned counsel and in accordance with Federal Rule of Civil Procedure 33, hereby responds to Plaintiffs' first set of interrogatories served June 6, 2019.

## INTERROGATORIES

1.    What is the name and address of the person answering these interrogatories and the person's official relationship with Defendant and/or position at Defendant's business.

**ANSWER:**

a.  **Jason Toth, VP – Youngblood Mineral Cosmetics, jason@ybskin.com**
b.  **Geovanna Waters, VP of Operations – Youngblood Mineral Cosmetics, geo@ybskin.com**
c.  **Rachel Kier, E-Commerce Account Representative – Youngblood Mineral Cosmetics, rachel@ybskin.com**

**4583 Ish Dr, Simi Valley, CA 93063**

2.     Please describe your relationship with Amazzia, Inc. and list and/or describe any contractual relationship.

**ANSWER:     Youngblood first signed and engaged Amazzia on September 17, 2018 to provide marketplace enforcement from counterfeiters and unauthorized sellers and to eliminate diversion on Amazon (see Amazzia Terms of Service, Onboarding Agreement and Distributor Agreement). At the time of engagement there were hundreds of unauthorized sellers selling our product. Youngblood advised that Amazzia's business model is to clean up the brands they work with and sell the brands on their own two store fronts. Amazzia represented to Youngblood that their brand protection strategies were compliant with current Amazon Intellectual Property Policy.**

3.     Please list the person or persons responsible for the information contained within the two complaints you made to Amazon on November 11 and 2013 that alleged Plaintiffs' store Life & Health Source was selling counterfeit Youngblood products.

**ANSWER:   Jamie Siegel and Daniel LeBlanc, Amazzia's account managers assigned to Youngblood.**

4.     Identify by name, address, telephone number, and current employer all persons who have or may have knowledge or information related to any of the matters alleged in the Complaint, and summarize each such person's knowledge or information.

**ANSWER:**

a. **Yoji Cole – Amazzia, Inc., 818.928.5778**
   • Initiating and onboarding brand with Amazzia
b. **Jamie Siegel – Amazzia, Inc., 818.938.1537**
   • initiating and filing retraction with Amazon Brand Registry
c. **Daniel LeBlanc – Amazzia, Inc., 818.629.2008**
   • initiating and filing retraction with Amazon Brand Registry
d. **Alisa Garrett – Youngblood Mineral Cosmetics, previous Director of Sales**
   • receiving initial customer complaint and phone call
e. **Geovanna Waters – Youngblood Mineral Cosmetics, 805.577.0102 ext. 127**
   • Involved after said seller appeared at Youngblood Mineral Cosmetics main office.
f. **Jason Toth – Youngblood Mineral Cosmetics, 805.577.0102 ext. 127**
   • Being informed as matters unfolded

5.  Please name the author of the November 29 2019 email from the 1@ybskin.com email address that informed Plaintiffs' counsel, Stanley R. Goodman that Youngblood "agreed to file a retraction with Amazon."

    **ANSWER: Alisa Garrett – Youngblood Mineral Cosmetics, previous Director of Sales.**

6.  Please describe the documents evidencing the retraction set forth in Interrogatory No. 5.

    **ANSWER:**

    a.  Email dated on 11/29/2019 @ 12:59PM with subject line: "Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151" states:

        Hello,

        We have agreed to file a retraction with Amazon. Please provide me the following information so we can submit to Amazon.

        **Amazon Store Name**

        **Amazon Store Email**

        **Merchant ID**

        **Complaint ID**

        **ASINs (which ASINs correspond to which complaint IDs)**

    b.  This email was sent based on Amazzia's recommendation to us on what to request. Amazzia then submitted retraction with the information provided.

7.  Please specifically describe your procedure for verifying complaints made to Amazon about counterfeit product are true and accurate.

    **ANSWER: During the initial onboarding and strategy sessions with Amazzia, Youngblood Mineral Cosmetics deferred to Amazzia's expertise in brand reputation protection on Amazon. Amazzia advised Youngblood on what constituted counterfeit on Amazon. Amazzia specifically advised that the definition of counterfeit included, in the broadest terms, resales that lacked purchase documentation from the brand constituted a material difference that precluded Youngblood from honoring a warranty for a product that we could not verify that the product was shipped and handled according to our standards. Amazzia's team was responsible for initiating and verifying complaints submitted to Amazon's Brand Registry support.**

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

3

8.    Please describe what steps you took to ensure the accuracy of the November 11th and November 13th complaints you made to Amazon about the alleged counterfeit products you claim Plaintiffs' store sold.

**ANSWER:** **Amazzia's team was responsible for initiating and verifying the accuracy of complaints submitted to Amazon's Brand Registry support.**

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

4

## VERIFICATION

I swear, under penalty of perjury, the answers and responses to PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT YOUNGBLOOD SKIN CARE PRODUCTS, LLC were true, to the best of my information and belief.

BY: _____

DEFENDANT YOUNGBLOOD SKIN CARE PRODUCTS, LLC
(Signature)

NAME: _____
(Printed)

TITLE: _____

STATE OF ~~FLORIDA~~ *H.E California*, COUNTY OF *Los Angeles* TO WIT:

The foregoing Verification instrument was acknowledged before me this _07_ / _12_ / _2019_ (date) by _Jason Toth, Vice President_ (name and title of officer) of DEFENDANT YOUNGBLOOD SKIN CARE PRODUCTS, LLC on behalf of the corporation. He/she ~~is personally known to me or~~ has produ0ced _CA Driver License_ (type of identification) as identification.

H. EFTEKHARI
Commission # 2120931
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 22, 2019

_____
Notary Public
State of ~~Florida~~ *California H.E*

My Commission Expires: _08_ / _22_ / _2019_

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX