...

| | |
|---|---|
| **From:** | Brand Protection |
| **To:** | Geovanna Waters |
| **Subject:** | FW: Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151 |
| **Date:** | Tuesday, February 26, 2019 6:31:30 PM |
| **Attachments:** | image001.png |
| | image002.jpg |
| | ~WRD140.jpg |
| | image003.jpg |

Solu-med email thread below:

**From:** Daniel Le Blanc <daniel@amazzia.com>
**Sent:** Tuesday, December 4, 2018 4:09 PM
**To:** Jason Toth <jason@ybskin.com>; Jamie Siegel <jamie@amazzia.com>; Brand Protection <brandprotection@ybskin.com>
**Cc:** Geovanna Waters <Geo@ybskin.com>
**Subject:** RE: Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151

Jason –

Good Evening. Will and I are talking tomorrow morning and will update you then.

**Daniel Le Blanc** | Operations Manager
818.938.1537 | daniel@amazzia.com

*Your partner in brand protection, growth, and distribution.*



**From:** Jason Toth <jason@ybskin.com>
**Sent:** Tuesday, December 4, 2018 3:46 PM
**To:** Jamie Siegel <jamie@amazzia.com>; Brand Protection <brandprotection@ybskin.com>; Daniel Le Blanc <daniel@amazzia.com>
**Cc:** Geovanna Waters <Geo@ybskin.com>
**Subject:** Re: Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151

Jamie/Daniel, thank you for prompt attention to these matters. How soon can we got on the calendar with the two of you and Will to further strategize?

Were you successful in forwarding your distributor Agreement to Suzie Hixon.

Regards,

Pl-15 EXHIBIT 10 FOR ID
WENDY J. WRIGHT, CSR
DATE 12-9-19
WITNESS Toth
PAGE 1 OF 9

YBSC 00045

Jason Toth, MD | Vice President
Youngblood Mineral Cosmetics
4583 Ish Drive, Simi Valley, CA 93063
T: 805-577-0102 x 127 | F: 805-433-0023
E: Jason@ybskin.com | W: www.ybskin.com



**From:** Jamie Siegel <jamie@amazzia.com>
**Sent:** Tuesday, December 4, 2018 12:07:39 PM
**To:** Brand Protection; Daniel Le Blanc
**Cc:** Geovanna Waters; Jason Toth
**Subject:** RE: Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151

Hi Alisa,

I have provided this information to Brand Protection and have asked for the attorney to be cc'ed. I have also asked for your team to be cc'ed so that you can all see when the request is submitted to Amazon.. Once you see that it has been submitted, please provide the attached document to the seller so they know what to expect moving forward. Thank you!

Regards,

**Jamie Siegel** | Account Manager
818.629.2008 | jamie@amazzia.com
Schedule a call with me here: https://meetings.hubspot.com/jamie116
*Your partner in brand protection, growth, and distribution.*



**From:** Brand Protection <brandprotection@ybskin.com>
**Sent:** Tuesday, December 4, 2018 11:22 AM
**To:** Jamie Siegel <jamie@amazzia.com>; Daniel Le Blanc <daniel@amazzia.com>

YBSC 00046

**Cc:** Geovanna Waters <Geo@ybskin.com>; Jason Toth <jason@ybskin.com>
**Subject:** RE: Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151

Please cc Goodman & Saperstein <gsesq600@aol.com> on the retraction.

Thank you

**From:** Jamie Siegel <jamie@amazzia.com>
**Sent:** Tuesday, December 4, 2018 8:32 AM
**To:** Brand Protection <brandprotection@ybskin.com>; Daniel Le Blanc <daniel@amazzia.com>
**Cc:** Geovanna Waters <Geo@ybskin.com>; Jason Toth <jason@ybskin.com>
**Subject:** RE: Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151

I'm happy to help. Can you please forward over the original notice from Amazon so that I can share it with Brand Protection? We will need to see that so that we can confirm which account the report came from before moving forward with the retraction request. Thank you!

Regards,

**Jamie Siegel | Account Manager**
818.629.2008 | jamie@amazzia.com
Schedule a call with me here: https://meetings.hubspot.com/jamie116
*Your partner in brand protection, growth, and distribution.*



**From:** Brand Protection <brandprotection@ybskin.com>
**Sent:** Monday, December 3, 2018 4:50 PM
**To:** Jamie Siegel <jamie@amazzia.com>; Daniel Le Blanc <daniel@amazzia.com>
**Cc:** Geovanna Waters <Geo@ybskin.com>; Jason Toth <jason@ybskin.com>
**Subject:** FW: Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151

Hello,
Please file a retraction for the following – Thank you~


Amazon Store Name: Life and Health Source
Amazon Store Email: info@lifeandhealthsource.com
Merchant ID: M_MEDICALSUR_1238002
Complaint ID:5519411921
ASINs (which ASINs correspond to which complaint IDs)
B00025G1K6
B00025G1TC

YBSC 00047

B00025G1ME

Please send retraction upon receipt of this email with a copy to me @ Goodman & Saperstein
Stanley R. Goodman


**From:** Goodman & Saperstein <gsesq600@aol.com>
**Sent:** Monday, December 3, 2018 8:31 AM
**To:** Brand Protection <brandprotection@ybskin.com>; cov@aol.com
**Subject:** Fwd: Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151

Ms. Covenian,

On November 29, 2019, I received a communication from Youngblood that it had agreed to a retraction of the full statement made to Amazon and requested information for the submission.

Thereafter, on November 30, 2018, I provided the requested detailed information listed below for the submission to Amazon. I presume that this information was promptly provided to Amazon so that it would immediately reinstate our clients' products for sale. Please advise by return email that Amazon has been duly advised and provide a copy of the submission.

Thank you.

Stanley R. Goodman, Esq.

**GOODMAN & SAPERSTEIN**

**666 Old Country Road, Suite 200**
**Garden City, NY 11530**
**Telephone: (516) 227-2100**
**Facsimile: (516) 227-2108**
**Email: gsesq600@aol.com**


-----Original Message-----
From: Stanley Goodman <gsesq600@aol.com>
To: Brand Protection <brandprotection@ybskin.com>
Sent: Fri, Nov 30, 2018 1:15 pm
Subject: Re: Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151

In answer to your request please note the following:
Amazon Store Name: Life and Health Source
Amazon Store Email: info@lifeandhealthsource.com
Merchant ID: M_MEDICALSUR_1238002
Complaint ID:5519411921
ASINs (which ASINs correspond to which complaint IDs)
B00025G1K6
B00025G1TC
B00025G1ME

Please send retraction upon receipt of this email with a copy to me @ Goodman & Saperstein
Stanley R. Goodman

YBSC 00048

Sent from my iPad

On Nov 29, 2018, at 3:59 PM, Brand Protection <1@ybskin.com> wrote:

Hello,
We have agreed to file a retraction with Amazon. Please provide me the following information so we can submit to Amazon.

**Amazon Store Name**
**Amazon Store Email**
**Merchant ID**
**Complaint ID**
**ASINs (which ASINs correspond to which complaint IDs)**


Thank You

**From:** Goodman & Saperstein <gsesq600@aol.com>
**Sent:** Monday, November 26, 2018 2:00 PM
**To:** Brand Protection <brandprotection@ybskin.com>
**Cc:** notice-dispute@amazon.com
**Subject:** Solu-Med, Inc./Youngblood - Amazon Complaint ID #5518323151

Ms. Covenian:

Please see the attached correspondence which has also been sent to you via FedEx.

Stanley R. Goodman, Esq.

**GOODMAN & SAPERSTEIN**

**666 Old Country Road, Suite 200**
**Garden City, NY 11530**
**Telephone: (516) 227-2100**
**Facsimile: (516) 227-2108**
**Email: gsesq600@aol.com**

YBSC 00049

| | |
|---|---|
| **From:** | Brand Protection |
| **To:** | Geovanna Waters |
| **Subject:** | FW: Solu-Med, Inc./Youngblood Amazon Complaint |
| **Date:** | Tuesday, February 26, 2019 6:32:06 PM |

Second Solu-med email thread below:

**From:** Geovanna Waters <Geo@ybskin.com>
**Sent:** Thursday, December 20, 2018 3:24 PM
**To:** Brand Protection <brandprotection@ybskin.com>; Jason Toth <jason@ybskin.com>
**Subject:** RE: Solu-Med, Inc./Youngblood Amazon Complaint

sure

**Geovanna Waters, Psy,D | GM**
Youngblood Mineral Cosmetics
4583 Ish Drive, Simi Valley, CA 93063
O: 805-577-0102 x. 127 C: 323-528-9517
E: Geo@ybskin.com | W: www.ybskin.com

*The holiday season will soon be upon us and for your convenience we have listed our office closures: Monday/Tuesday, December 24 & 25, and Monday/Tuesday, December 31 & January 1.*

CONFIDENTIALITY NOTICE:
This email, the information contained therein and any attachments are intended solely for the addressee(s) and may contain confidential information, privileged information, proprietary product information and/or trade secrets that may be legally protected from disclosure. If you are NOT the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by REPLY email and then DELETE this email and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this email, the information contained therein or its attachments is strictly prohibited.

**From:** Brand Protection <brandprotection@ybskin.com>
**Sent:** Thursday, December 20, 2018 3:24 PM
**To:** Geovanna Waters <Geo@ybskin.com>; Jason Toth <jason@ybskin.com>
**Subject:** RE: Solu-Med, Inc./Youngblood Amazon Complaint

No I will right now. Was hoping we were going to speak to them today. Geo does 11am work for you tomorrow for our call with them?

**From:** Geovanna Waters <Geo@ybskin.com>
**Sent:** Thursday, December 20, 2018 3:21 PM
**To:** Brand Protection <brandprotection@ybskin.com>; Jason Toth <jason@ybskin.com>
**Subject:** RE: Solu-Med, Inc./Youngblood Amazon Complaint

Did you follow up with Amazzia to ask what to do in this instance from their experience?

**Geovanna Waters, Psy,D | GM**
Youngblood Mineral Cosmetics
4583 Ish Drive, Simi Valley, CA 93063
O: 805-577-0102 x. 127 C: 323-528-9517
E: Geo@ybskin.com | W: www.ybskin.com

*The holiday season will soon be upon us and for your convenience we have listed our office closures: Monday/Tuesday, December 24 & 25, and Monday/Tuesday, December 31 & January 1.*

CONFIDENTIALITY NOTICE:
This email, the information contained therein and any attachments are intended solely for the addressee(s) and may contain confidential information, privileged information, proprietary product information and/or trade secrets that may be legally protected from disclosure. If you are NOT the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by REPLY email and then DELETE this email and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this email, the information contained therein or its attachments is strictly prohibited.

**From:** Brand Protection <brandprotection@ybskin.com>
**Sent:** Thursday, December 20, 2018 3:16 PM
**To:** Jason Toth <jason@ybskin.com>
**Cc:** Geovanna Waters <Geo@ybskin.com>
**Subject:** RE: Solu-Med, Inc./Youngblood Amazon Complaint

Hi,
We did file a retraction. . They are coming back stating our retraction isn't good enough. This is what our retraction says – this comes from Amazzia. There was another retraction too but it says the same thing.

Hello Amazon.com,

Please withdraw **Complaint ID: 5518323151** as we have resolved our complaint with the seller **Life and Health Source**
Merchant ID: **ABABPETWJQTSG**

This is regarding the ASIN:
B00329GR4O

Thank you,
Young Blood


I reattached the complaint and highlighted why they sent this letter. We filed a retraction BUT they want us to say we were wrong and that they are not selling counterfeit products. We didn't admit to that. We just said we resolved the complaint with the seller Life And Health Source. Even though we

submitted a retraction their store is still not open.

When I responded this morning with a time their availability changed. So we are shooting for tomorrow now.

**From:** Jason Toth <jason@ybskin.com>
**Sent:** Thursday, December 20, 2018 2:59 PM
**To:** Brand Protection <brandprotection@ybskin.com>; Alisa Garrett <alisa@ybskin.com>
**Subject:** Re: Solu-Med, Inc./Youngblood Amazon Complaint

Alisa. I thought Amazzia resolved this. Did you talk with them today?

Sent from my iPhone

On Dec 20, 2018, at 9:02 AM, Brand Protection <brandprotection@ybskin.com> wrote:

> See attached.
>
> Please advise
>
> **From:** Goodman & Saperstein <gsesq600@aol.com>
> **Sent:** Thursday, December 20, 2018 8:58 AM
> **To:** Brand Protection <brandprotection@ybskin.com>; bkellman@kellmanlawyers.com
> **Subject:** Solu-Med, Inc./Youngblood Amazon Complaint
>
> Please see the attached correspondence which was sent via FedEx to Ms. Toth.
>
> Stanley R. Goodman, Esq.
>
> **GOODMAN & SAPERSTEIN**
>
> **666 Old Country Road, Suite 200**
> **Garden City, NY  11530**
> **Telephone:  (516) 227-2100**
> **Facsimile:   (516) 227-2108**
> **Email:  gsesq600@aol.com**
>
> <TOTH-12-19-18.pdf>

| From: | Jamie Siegel |
|---|---|
| To: | Jason Toth; Rachel Kier; Geovanna Waters |
| Cc: | Daniel Le Blanc |
| Subject: | Meeting Follow-Up - Solu-Med/Argo Holdings |
| Date: | Friday, March 01, 2019 5:24:13 PM |
| Attachments: | image001.png |

Hi Team!

I just heard back from the team on your request for information regarding Life and Health Source (Solu-Med/Argo Holdings). The report dates are listed below, and the retraction request was submitted twice on 12/4.

| ASIN | Date of Report | Removal Date |
|---|---|---|
| B00025G1JC | 11/1/2018 | 11/5/2018 |
| B00025G1K6 | 11/1/2018 | 11/5/2018 |
| B00025G1M4 | 11/11/2018 | 11/15/2018 |
|  | 11/13/2018 |  |
| B00025G1ME | 11/1/2018 | 11/5/2018 |
| B00025G1NI | 11/13/2018 | 11/15/2018 |
| B00025G1PG | 11/11/2018 | 11/13/2018 |
|  | 11/11/2018 | 11/15/2018 |
|  | 11/14/2018 |  |
| B00025G1TC | 11/1/2018 | 11/5/2018 |
| B00097DKUQ | 11/11/2018 | 11/15/2018 |
| B00329GR4O | 11/13/2018 | 11/15/2018 |
| B00513M2YI | 11/1/2018 | 11/5/2018 |

Thanks!

Regards,

**Jamie Siegel** | Account Manager

818.629.2008 | jamie@amazzia.com

*Your partner in brand protection, growth, and distribution.*



YBSC 00053