UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:19-cv-60487-RKA/PMH**

SOLU-MED, INC.,

      Plaintiff,

vs.

YOUNGBLOOD SKIN CARE
PRODUCTS LLC,

      Defendant.

_____/

**DEFENDANT YOUNGBLOOD SKIN CARE PRODUCTS, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Defendant Youngblood Skin Care Products, LLC, by and through undersigned counsel, hereby serves its responses and objections to Plaintiff Solu-Med, Inc.'s Second Set of Interrogatories, as follows:

1. Please describe all changes made to the Youngblood's website www.ybskin.com in 2019 with specificity.

**RESPONSE:** Defendant objects to this request to the extent it is overbroad in scope and not proportional to the needs of the case. *See Ucastv, Inc. v. Brandon*, 2014 U.S. Dist. LEXIS 194169, at *5 (M.D. Fla. Jan. 15, 2014) ("The breadth of the requested discovery is not narrowly tailored . . . [t]he Court agrees with Defendants that these discovery requests are not narrowly tailored, but instead seek information pertaining to every aspect of this lawsuit. This discovery would be burdensome to Defendants…"). Specifically, this interrogatory is facially overbroad in that it seeks Defendant to describe "all changes" made to its website during 2019. However, any changes Youngblood has made changes to its website unrelated to the Plaintiff and the allegations in the Complaint is overbroad, unrelated to the issues in this case, and is not proportional to the needs of this case. *Runton v. Brookdale Senior Living, Inc.*, 2018 U.S. Dist. LEXIS 31375 (S.D. Fla. Feb. 27, 2018) ("When discovery does not relate to the actual issues in the case, then it does not meet the relevance and proportionality requirements.") (citations omitted).

Notwithstanding the foregoing, the website, www.ybskin.com, was relaunched in August 2019. The decision to engage a developer however to migrate from Magento to Shopify was made in April of 2018. The primary objective was to offer a better shopping

**experience for the consumer. The website layout, cart functionality, and marketing features were all upgraded. There were literally hundreds of minor and major changes to the website, addressing functionality, new product content and improving overall consumer experience. Although our marketing and sales team initiated our research to select a more user-friendly website platform in 2018, we did not fully engage an outside consultant developer to migrate from Magento to Shopify until May 2019.**

2. Please describe in detail when Youngblood's manufacturer warranty was added to the Youngblood website. Please explain if the words "manufacturer warranty" were actually used on the website. If they were not, please explain why.

**RESPONSE: Youngblood's guarantee was added to the website when the first website launched in July 1997. The guarantee was posted under the Return Policy so consumers could have full confidence in purchasing Youngblood products from ybskin.com. The words "manufacturer warranty" were not specifically used because we not only back products that might be defective when purchasing from www.ybskin.com but because we offer full satisfaction guaranteed for any reason that the consumer feels that the product has not met their expectations.  If they do not, we are more than happy to accept the product back.**

3. Please list when the return and exchanges policy was added to the [www.ybskin.com](www.ybskin.com). Please specific the language and date of each version of the policy from January 1, 2017 to the present.

**ANSWER: Youngblood has had its return and replacement policies posted on www.ybskin.com since 1997. Below is the copy of our product warranty return and replacement guarantee policy:**

**RETURNS & REPLACEMENTS**

**All of our products are 100% guaranteed!**

**Provided, you purchased the product on this website.**
**We do not accept returns for products purchased from unauthorized resellers or online third-party resellers such as Amazon.**

**If you are not completely satisfied with your product(s) purchased from us, please return your merchandise WITHIN 30 DAYS of the purchase date for an exchange or refund.**

**To return or exchange your merchandise, simply INCLUDE A NOTE in your return shipment which must include:**

**1) Your EMAIL ADDRESS**

**2) Your ORDER NUMBER which can be found on the confirmation email we sent you when you placed your order and/or on your Account page on this website.**

3) A brief explanation of why you are returning the product.

4) Indicate if you are seeking an "EXCHANGE" or a "REFUND"

Enclose your NOTE with the ITEM(S), and ship pre-paid* and insured to:

**YOUNGBLOOD MINERAL COSMETICS**
**ATTN:RETURNS DEPT.**
**4583 ISH DRIVE**
**SIMI VALLEY, CA 93063**

**REFUNDS:** Your ORDER NUMBER will allow us to credit the form of payment you used to place the original order but only WITHIN 30 DAYS from the date of purchase.

**EXCHANGES:** We will EMAIL you a COUPON CODE valid for up to one year, in the amount of your original product purchase, which you may enter at checkout with your next purchase on ybskin.com

You can expect your exchange Coupon Code to be emailed to you within one week upon our receipt of your shipment. For returned purchases with a credit card, it is not uncommon for financial institutions to take up to 30 days to credit your account. If you have any questions, please call us at (800) 216-6133, or email using the form to on the "CONTACT US" page on the bottom menu on this page.

We appreciate your business!

\* We do not accept COD packages or reimburse for postal charges for your return shipments to us.

4. Please list all Youngblood packaging, advertising, or any written medium that was produced by Youngblood to distributors and end users from January 1, 2019 until November 15, 2018 that included the words "manufacturer's warranty."

**RESPONSE:** Youngblood does not use the words "manufacturer's warranty" because we not only back products that might be defective when purchasing from www.ybskin.com but because we offer full satisfaction guaranteed for any reason that the consumer feels that the product has not met their expectations. If they do not, we are more than happy to accept the product back.

CASE NO. 0:19-cv-60487-RKA/PMH

Dated: January 7, 2020          Respectfully submitted,

                                         COLE, SCOTT & KISSANE, P.A.
                                         Attorneys for Defendant
                                         222 Lakeview Ave, Suite 120
                                         West Palm Beach, FL 33401
                                         Telephone: (561) 383-9203
                                         Facsimile: (561) 683-8977
                                         E-mail: jonathan.vine@csklegal.com
                                         E-mail: sheena.smith@csklegal.com

                                     By:    */s/ Sheena D. Smith*
                                                   JONATHAN VINE
                                                   FBN: 10966
                                                   SHEENA D. SMITH
                                                   FBN: 118919

## **CERTIFICATE OF SERVICE**

       WE HEREBY CERTIFY that that on this 7th day of January 2020, the foregoing document is being served by electronic mail on all counsel of record.

                                              /s/ *Sheena D. Smith*
                                              Sheena D. Smith

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _7TH_ day of _January_, 20_20_, by _John Toth_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

EMILY MARTINIUK
Notary Public - California
Los Angeles County
Commission # 2159316
My Comm. Expires Jul 31, 2020

Signature _Emily Martiniuk_

CASE NO. 0:19-cv-60487-RKA/PMH

## **VERIFICATION**

STATE OF CALIFORNIA )
                     ) ss
COUNTY OF Los Angeles )

BEFORE ME, the undersigned authority, personally appeared John Toth, on behalf of _____, as its _____, after being duly cautioned and sworn, deposes and says that he/she has read the above Answers to Interrogatories attached hereto and that he/she has set his/her hand and seal thereto for the purposes therein expressed.

_____
Affiant

_____ The foregoing instrument is sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 7th day of January 2020, by John Toth, as Executive Chairman of for Youngblood Skin Care Products, LLC.

_____
(Signature of Notary Public)

Emily Martiniuk
(Print, Type or Stamp Commissioned Name of Notary Public)

Personally Known ☐ OR Produced Identification ☑
CA Drivers License # N5411840
Type of Identification Produced

EMILY MARTINIUK
Notary Public - California
Los Angeles County
Commission # 2159316
My Comm. Expires Jul 31, 2020