UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SOLU-MED, INC.,

                Plaintiff,

v.

YOUNGBLOOD SKIN CARE PRODUCTS, LLC,

                Defendant.

Civil Action No.:  0:19-cv-60487-RKA

**DECLARATION OF NONPARTY AMAZON.COM, INC. CUSTODIAN OF RECORDS**

AMAZON REF NO.: SUB1004122

Clarice Cohn declares as follows:

I am over the age of eighteen and I am a duly authorized Custodian of Records for Amazon.com, Inc. ("Amazon").

1.      I am a Litigation Paralegal in the Litigation and Regulatory group at Amazon.  I make this declaration based on my personal knowledge and my review of Amazon records kept, maintained, and relied upon by Amazon in the ordinary course of business.

2.      My responsibilities include working with outside counsel to respond to subpoenas served on Amazon.  This includes gathering, compiling, analyzing, cross-checking, and preparing documents to be produced in response to subpoenas, among many other duties.

3.      On January 14, 2020, Amazon was served with a subpoena from Defendant Youngblood Skin Care Products, LLC ("Defendant") in the above-referenced action.  On January 21, 2020, Amazon served objections to the subpoena.

4.      Amazon selling partners are expected to adhere to selling policies and seller code of conduct when listing products on the Amazon store.  Attached as <u>Exhibit A</u> is a true and

correct copy of Amazon's Selling Policies and Seller Code of Conduct in effect as of November 1, 2018.

5.      Amazon selling partners are also expected to adhere to the Seller Code of Conduct Principles, including "[n]ever engag[ing] in any misleading, inappropriate or offensive behavior."  The Seller Code of Conduct applies to all of selling partners' activities, including "[i]nformation provided in listings, content or images."  Ex. A at p. 1.

6.      Among the selling policies, Amazon's Condition Guidelines provide guidance on assigning the correct condition to each item a selling partner lists on the Amazon store.  Under the Condition Guidelines, a "new" item means "[a] brand-new, unused, unopened item in its original packaging, with all original packing materials included."  Attached as Exhibit B is a true and correct copy of Amazon's Condition Guidelines in effect as of November 1, 2018.

7.      Further, for a new item, "[o]riginal manufacturer's warranty, if any, still applies, with warranty details included in the listing comments."  Ex. B at p.1.

8.      Under Amazon Product Authenticity and Quality guidelines, Amazon categorizes two types of violations related to product authenticity.  Attached as Exhibit C is a true and correct copy of Amazon Product Authenticity and Quality in effect as of November 1, 2018.

9.      First, "[v]iolations related to product authenticity are categorized as intellectual property violations."  Ex. C at p. 1.  Selling partners "are responsible for ensuring that the products [they] offer are legal, authorized for sale or re-sale, and that they do not violate intellectual property rights such as copyrights, patents, trademarks, and rights of publicity."  *Id.*

10.     Second, Amazon policy prohibits selling partners from listing or shipping "'materially different' products."  *Id.*  A product listed and shipped by a selling partner "must exactly match the description, pictures, and all other information on the product detail page."  *Id.*

For instance, listing a product in "new" condition when it is not "brand-new or unused condition, or in un-opened original packaging" is a "[m]aterially different product condition violation." *Id.*

11.     Amazon's Report Infringement form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements using an online form.  The form allows the rights owner or agent to describe the complaint as primarily related to "copyright concerns," "trademark concerns," "patent concerns," or "other concerns."  The form then requests additional information about the specific concern and the product at issue.

12.     If "trademark concerns" is selected, the specific concern options are that "a product detail page is unlawfully using my trademark (e.g. in product title, product images, product description)," "a product or its packaging has my trademark on it," or "a product is counterfeit (the product or packaging has an unlawful reproduction of a registered trademark)."

13.     Amazon also provides a form to report violations of listings against detail pages that do not exactly match their items.  If sellers are listing against detail pages that do not exactly match their items, Amazon asks that violations be reported using the associated contact form.

14.     I hereby certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this *1* day of February, 2020, at Seattle, Washington.

CLARICE COHN

Exhibit A

# Selling Policies and Seller Code of Conduct

All sellers are expected to adhere to the following policies when listing products on Amazon. Seller offenses and prohibited content can result in suspension of your Amazon account.

## Seller code of conduct

Amazon enables you to reach hundreds of millions of customers. We strive to ensure a fair and trustworthy buyer and seller experience. At Amazon, we expect you to adhere to the code of conduct principles outlined below. Violation of the code of conduct principles may result in the loss of your selling privileges and removal from Amazon Marketplace.

Seller Code of Conduct Principles:

- Adhere to all applicable laws and abide by all Amazon policies.
- Maintain current account information.
- Never misrepresent yourself.
- Always act in a manner that ensures a trustworthy experience for Amazon customers.
- Never list products that may cause harm to Amazon customers.
- Never engage in any misleading, inappropriate or offensive behavior. This applies to all your activities, including but not limited to:
    - Information provided on your account
    - Information provided in listings, content or images
    - Communication between you and Amazon or you and our customers
- Act fairly at all times. Unfair behavior includes but is not limited to the following:
    - Behavior that could be deemed as manipulation or "gaming" of any part of the buying or selling experience
    - Actions that could be perceived as manipulating customer reviews, including by directly or indirectly contributing false, misleading or inauthentic content
    - Activities that could be perceived as attempting to manipulate Amazon's search results or sales rankings
    - Actions that intentionally damage another seller, their listings or their ratings

To learn more about Amazon policy violations and review a few examples, please watch this short video.

# Exhibit B

Last Updated10/30/2018, 6:47:53 AM

# Condition guidelines

Assigning the correct condition to each product you list on Amazon is the first step toward providing a great customer experience. It's important to make a careful assessment of your product before specifying its condition.

For information about selecting a condition for your product, see Selecting Conditions.

## General condition guidelines

The following guidelines apply to all product categories unless otherwise indicated in the Category-Specific Condition Guidelines:

**Note: Certified Refurbished**, **Used – Good**, and **Used – Acceptable** can be used only where noted as acceptable in the category-specific condition guidelines.

*New:*
Just like it sounds. A brand-new, unused, unopened item in its original packaging, with all original packaging materials included. Original protective wrapping, if any, is intact. Original manufacturer's warranty, if any, still applies, with warranty details included in the listing comments.

*Certified Refurbished:*
Use only if noted in the Category-Specific Condition Guidelines.

A product that has been inspected and graded by a qualified manufacturer or a specialized third-party refurbisher to like-new working condition with no visible cosmetic imperfections when held 12 inches away.

The item is backed by a minimum 90-day limited warranty provided by the supplier.

The products may be packaged in a generic box and come with relevant accessories as expected for a new product, with exceptions, if any, mentioned on the product detail page. Certified Refurbished items are sometimes referred to as Pre-Owned or Open-Box products.

*Used - Like New:*
An apparently untouched item in perfect condition. Original protective wrapping may be missing, but the original packaging is intact and pristine. There are absolutely no signs of wear on the item or its packaging. Instructions are included. Item is suitable for presenting as a gift.

*Used - Very Good:*
A well-cared-for item that has seen limited use but remains in great condition. The item is complete, unmarked, and undamaged, but may show some limited signs of wear. Item works perfectly.

*Used - Good:*
Use only if noted in the Category-Specific Condition Guidelines. The item shows wear from consistent use, but it remains in good condition and works perfectly. It may be marked, have identifying markings on it, or show other signs of previous use.

*Used - Acceptable:*
Use only if noted in the Category-Specific Condition Guidelines. The item is fairly worn but continues to work perfectly. Signs of wear can include aesthetic issues such as scratches, dents, and worn corners. The item may have identifying markings on it or show other signs of previous use.

# Unacceptable and prohibited items

Items in any of the following conditions are unacceptable for listing on Amazon:

- Item does not work perfectly in every regard.
- Item is not clean, including signs of mold, heavy staining, or corrosion.
- Item is damaged in a way that renders it difficult to use.
- Item is missing essential accompanying material or parts. (This does not necessarily include instructions.)
- Item requires repair or service.
- Item was not created by the original manufacturer or copyright holder. This includes copies, counterfeits, replicas, and imitations.
- Item was originally distributed as a promotional copy, promotional bundle, product sample, or advance reading copy. This includes uncorrected proofs of in-print or not-yet-published books.
- Any aspect of the item is obscured and not able to be read or viewed because of markings, stickers, or other damage.
- Item has passed the expiration date (includes "best by" and "sell by" dates), has an unacceptable portion of its shelf life remaining, or has had the expiration date removed or tampered with.
- Item is prohibited for sale on Amazon.

For more information about prohibited products, see Restricted Products.

Only full retail versions of software may be sold on Amazon. See Software & Computer Games for a list of software products that are prohibited for sale on Amazon.

# Category-specific condition guidelines

The following category-specific condition guidelines should be used as indicated in addition to or in place of the General Condition Guidelines.

# Books – New and Used

In addition to the general condition guidelines, apply the following guidelines to new and used books:

- **New**: Just like it sounds. A brand-new, unused, unread copy in perfect condition. The dust cover and original protective wrapping, if any, are intact. All supplementary materials are included and all access codes for electronic material, if applicable, are valid and/or in working condition. Books with markings of any kind on the cover or pages, books marked as "Bargain" or "Remainder," or with any other labels attached, may not be listed as "New" condition.
- **Used - Like New**: Dust cover is intact, with no nicks or tears. Spine has no signs of creasing. Pages are clean and not marred by notes or folds of any kind. May contain remainder marks on outside edges, which should be noted in listing comments.
- **Used - Very Good**: Pages and dust cover are intact and not marred by notes or highlighting. The spine is undamaged.

- **Used - Good**: All pages and cover are intact (including the dust cover, if applicable). Spine may show signs of wear. Pages may include limited notes and highlighting. May include "From the library of" labels.
- **Used - Acceptable**: All pages and the cover are intact, but the dust cover may be missing. Pages may include limited notes and highlighting, but the text cannot be obscured or unreadable.
- **Unacceptable**: Has missing pages and obscured or unreadable text. We also do not permit the sale of advance reading copies, including uncorrected proofs, of in-print or not-yet-published books.

## Clothing & Accessories

All apparel must be listed in New condition only. You cannot sell used products in this category.

## Industrial & Scientific

Industrial & Scientific products may be listed as New, New – Open Box, Certified Refurbished, Used – Like New, Used – Very Good, Used – Good, or Used – Acceptable.

## Books – Collectible

To ensure that customers are able to buy with confidence from all sellers on Amazon, sellers listing in the Collectible Books category must be pre-approved. For more information, see Collectible Books.

To be considered collectible, a book should be unique in a way that could reasonably be assumed to increase the book's value to a collector:

- First editions and first printings
- Signed, inscribed, or scarce copies
- Advance reading copies and uncorrected proofs of out-of-print books

Collectible books do not include the following:

- Uncorrected proofs of in-print or not-yet-published books
- Former library books
- Remaindered books
- Book club editions

The **General Condition Guidelines** do not apply to collectible books. Use the following condition types for Collectible Books:

- **Collectible - Like New**: All pages and the cover are intact. The dust jacket is intact, if applicable, with no noticeable or very tiny nicks or flaws. Spine has no signs of creasing. Book may have very small but virtually unnoticeable flaws. List items in Fine condition as Like New. Include condition details in the listing comments.
- **Collectible - Very Good**: Pages are intact and not marred by notes or highlighting. Spine shows no sign of creasing. Dust jacket, if applicable, shows signs of some rubbing or chipping. List items in Near Fine condition as Very Good. Include condition details in the listing comments.

- **Collectible - Good**: All pages and the cover are intact, including the dust jacket, if applicable. Spine may show signs of wear. Generally, books in Good condition are not considered to be collectible grade.
- **Collectible - Acceptable**: A readable copy showing significant wear. Dust jacket may be missing. For all but the rarest items, books in Acceptable condition are not considered to be collectible grade.

# Music – New and Used

Music formats include vinyl, magnetic tape, and disc.

If you are listing a club edition against the detail page for the standard edition, use the listing comments to indicate that your item is a club edition. For more about listing club editions, see the exception under **Matching product offers inaccurately** in [Prohibited Seller Activities and Actions](#).

CDs and cassettes must be sold with a protective jewel or cassette case. You may substitute newer packaging when a jewel or cassette case is damaged, but you may not substitute copied cover art or liner notes for the originals.

In addition to the general condition guidelines, the following guidelines apply to new and used music:

- **New**: A brand-new, unused, unopened CD or cassette in perfect condition.
- **Used - Like New:** The jewel case, cassette case, or album cover has no scratches or scuffing. Cover art, liner notes, and inclusions are in perfect condition. The product itself is unmarked with no sign of wear. Packaging may have a remainder cut-out, which should be noted in the listing comments section.
- **Used - Very Good:** The CD or cassette that has been listened to but remains in great condition and plays perfectly. The packaging, cover art, liner notes, or inclusions may show limited signs of wear.
- **Used - Good:** The CD or cassette plays perfectly but has clear signs of wear. The product or its packaging may have identifying markings from its owner.
- **Used - Acceptable:** The CD or cassette plays perfectly but is otherwise the worse for wear. Packaging and inclusions may be damaged, marked, or missing. Note any missing elements in the listing comments section.

A brand-new, unused, unopened CD, MC or record in perfect condition.

*What we will not accept for sale at Amazon.com.tr:*
Music that is in any way unplayable or recorded, recordings not manufactured by the copyright holder, including recopied media in any form. Promotional media is prohibited for sale through Amazon.com.tr Marketplace. Any missing components must be explicitly stated in the description.

Make sure you describe your CDs, MCs, and records accurately. An accurate product description increases buyer satisfaction. Should an item have an obvious cosmetic flaw, sellers are strongly encouraged to make a note in the comments field. The presence of remainder marks or cut-outs should always be noted in comments. Recopied media is not permitted. CDs with surface scratches may be listed as Good or Acceptable, subject to the above guidelines, as long as the quality of the playback is not affected.

# Camera & Photo Electronics & Photo, PC

You may be required to obtain approval to list certain products in the Electronics category. For more information, see [Categories Requiring Approval](#).

In addition to the General Condition Guidelines, apply the following guidelines to Camera & Photo:

- **New:** The original manufacturer's warranty, if any, must apply. Unless otherwise specified, all new camera and photo items are assumed to be in full retail packaging. Bulk, plain white box, or other types of packaging are not allowed unless specifically called out in the product title.
- **Certified Refurbished:** You may use Refurbished in this category. See the General Condition Guidelines for details.
- **Certified Refurbished:** You may use Certified Refurbished in this category. See the General Condition Guidelines for details. A product that has been inspected and graded by a qualified manufacturer or a specialized third-party refurbisher to like-new working condition with no visible cosmetic imperfections when held 12 inches away. The item is backed by an additional 1-year limited warranty provided by the supplier, in addition to buyer's statutory rights. The products may be packaged in a generic box and come with relevant accessories as expected for a new product, with exceptions, if any, mentioned on the product detail page. Certified Refurbished items are sometimes referred to as Pre-Owned or Open-Box products.
- **Used - Like New:** An apparently untouched item in perfect condition. On the 1 to 10 point used-equipment scale, this item must be a 10.
- **Used - Very Good:** On the 1 to 10 point used-equipment scale, this item must be a 9 or better.
- **Used - Good:** On the 1 to 10 point used-equipment scale, this item must be an 8 or better.
- **Used - Acceptable:** On the 1 to 10 point used-equipment scale, this item must be a 7 or better.
- **Unacceptable:** On the 1 to 10 point used-equipment scale, a 6 or lower is **Unacceptable**.

See Selling International Camera & Photo Products for specific listing policies on international version products.

# Music – Collectible

To be considered collectible, the item should be unique in a way that increases value for a collector:

- Signed, inscribed, or scarce
- Unique characteristics such as special pressings, unusual aesthetics (colored vinyl), or limited edition packaging

Seller comments for collectible music should include the following:

- Further detail on condition or completeness of item and packaging
- Notes about the presence of signatures, inscriptions, or other personalization

# Software & Computer Games

You may be required to obtain approval to list certain products in the Software & Computer Games categories. To submit a request to sell restricted products in Software & Computer Games, please contact us.

Only full retail versions of software may be sold on Amazon. The following types of software are prohibited for sale:

- Copied or duplicated software, in any format
- OEM software
- Back-up copies
- Fulfillment software

- Promotional software
- Beta (pre-release) copies
- Unauthorized freeware or shareware
- Academic software requiring pre-purchase verification

In addition to the General Condition Guidelines, please apply the following guidelines to Software & Computer Games.

**Note:** All products in Software & Games with the condition type **Used** will be listed as **Open Box**.

- **New**: Includes the original Universal Product Code (UPC).
- **Open Box - Like New**: The box and jewel case are pristine, with no signs of wear. UPC should be visible.
- **Open Box - Good**: Original UPC should be visible.
- **Open Box - Acceptable**: Original UPC, the original jewel case, or both are missing.
- **Unacceptable**: See the list of prohibited software and computer games earlier in this section.

For more information about listing software for sale on Amazon, see Selling Software.

# Cell Phones & Accessories

For more information on listing products in this category, see Selling Cell Phones & Accessories.

Before shipping a used or certified refurbished cell phone to a buyer, you must do the following:

- Cancel the existing account associated with the phone.
- Remove the SIM card from the phone, if present.
- Clear the phone's memory and restore the default settings.

In addition to the General Condition Guidelines, apply the following guidelines to Cell Phones & Accessories:

- **New**: The original manufacturer's warranty, if any, should still apply, with details of the warranty included in the condition comments.
- **Certified Refurbished**: You may sell **Certified Refurbished** in this category. See the General Condition Guidelines for details.
- **Used - Like New**: The original packaging and all original accessories are intact. There are absolutely no signs of wear on the item or its packaging.
- **Used - Very Good**: Some signs of wear and tear are visible.
- **Used - Good**: The item shows wear from consistent use, but it remains in good condition and works perfectly.
- **Used - Acceptable**: Signs of wear can include aesthetic issues such as scratches, dents, and worn corners.

# Personal Computers

Before selling a computer on Amazon, you must restore the computer's hard drive and any software on it to its original state in one of the following ways:

- Use the Restore discs included with the computer.
- Reformat the computer's hard drive and reinstall the original software.

Include in your shipment any documentation provided with the computer itself and any software installed on the computer.

You must comply with the terms of any software licenses or other agreements governing any software on the computer. This includes any restrictions on transferring software or retaining copies of any software.

In addition to the General Condition Guidelines, apply the following guidelines to Computers:

- **Certified Refurbished**: You may sell **Certified Refurbished** in this category. See the General Condition Guidelines for details.
- **Used - Like New**: The original packaging and software are intact.
- **Used - Acceptable**: The box and nonessential instructions may be missing or damaged. Discs for installed software are included.

# Consumer Electronics

You may be required to obtain approval to list certain products in the Electronics category. For more information, see Categories Requiring Approval.

In addition to the General Condition Guidelines, apply the following guidelines to Electronics:

- **Certified Refurbished**: You may sell **Certified Refurbished** in this category. See the General Condition Guidelines for details.

# Toys & Games - Collectible

Collectible toys and games must be rare, exclusive, one-of-a-kind, or otherwise unique.

**Note:** The General Condition Guidelines do not apply to Collectible Toys & Games.

Use the following condition types for Collectible Toys & Games:

- **Collectible - Like New:** An apparently untouched item in perfect condition. The original protective wrapping, if any, may be missing, but the original packaging is intact. There are absolutely no signs of wear. Suitable for presenting as a gift.
- **Collectible - Very Good:** A well-cared-for item that has seen limited use but remains in great condition. Item and instructions are complete and undamaged but may show some signs of wear.
- **Collectible - Good:** Item shows wear from consistent use, but it remains in good condition. The original instructions are included and in acceptable condition. The item may be marked, identified, or show other signs of previous use. The item works perfectly and is in good shape overall.

# Home & Garden

Besides the general condition guidelines, the following guidelines apply:

*New:*
A brand-new, unused and unopened item in the original packaging with all of the original packaging materials included. The original manufacturer's warranty, if any, should still apply, with details of any such warranty included when you complete the condition note section of the product listing.

*Used items:*

Refurbished items must be refurbished and warranted by the manufacturer or re-manufacturer.

- **Certified Refurbished:** a product that has been professionally restored to working order. Typically, this means the product has been inspected, cleaned and repaired to meet manufacturer specifications. It may or may not be in its original packaging. The manufacturer warranty or warranty of the company performing the refurbishing services may apply to the product and should be included in the condition notes for the item.
- **Like New:** an apparently untouched item in perfect condition. The original plastic wrap may be missing, but the original packaging is intact. There are absolutely no signs of wear. Suitable for presenting as a gift.
- **Very Good:** a well-cared-for item that has seen limited use but remains in great condition. The item and its instructions are complete and undamaged, but may show some signs of wear. The item works perfectly.
- **Good:** the item shows wear from consistent use, but remains in good condition. The original instructions are included, and are in acceptable condition. The item may be marked or identified, and show other signs of previous use. The item works perfectly and is in good overall shape.
- **Acceptable:** the item is fairly worn, but it continues to work perfectly. The signs of wear can include scratches, dents and other aesthetic problems. The box and non-essential instructions may be missing or damaged. The item may be marked or identified, and show other signs of previous use.

*What we will not accept for sale on Amazon:*

- Items that do not work perfectly in every regard or are damaged in ways that render them difficult to use
- Items not manufactured or printed by the original manufacturer and for which essential accompanying material is missing (this does not necessarily include instructions)
- Consumable items where any part has been used
- Products that require repair or service
- Products whose commercialization is prohibited under the applicable law (e.g. some cutlery products)
- Unclean items are not acceptable

All Home, Kitchen, Garden and Large Appliances equipment, whether new or used, must be safe (that is, there is no risk that the equipment will cause death, personal injury or damage to property) and, where applicable, come with the standard plug for the country where they are sold. . The seller must have used and refurbished equipment tested by an expert prior to listing to verify that it is safe. You must not list any product that has been the subject of a product safety recall.

# Ink and Toner Cartridges

**Note:** Amazon prohibits sellers from listing ink and toner cartridges in **Certified Refurbished** or **Used** condition.

All ink and toner cartridges should be listed as **New**, with "Remanufactured," "Compatible," or "Refilled" in the **Title** field.

See also Office Products.

See also Selling Ink and Toner Cartridges.

# Video, DVD & Blu-ray Discs -- New and Used

We suggest that you list videos and DVDs at a price that is the same as or lower than the Amazon price.

**Collectible videos and DVDs**

Must be rare, out of print or otherwise unique--you will have an opportunity to say why your copy is collectible. We suggest that you list such items at a price that is higher than the Amazon.in price.

**New videos and DVDs**

A brand-new, unused, unopened video or DVD in perfect condition in its original packaging and with all original packaging materials included.

**What we will not accept for sale at Amazon:** Video or DVD recordings not created by the copyright holder, including recopied media in any form. In addition, promotional media is prohibited for sale through the Amazon marketplace, as are recordings in which any aspect of the film is missing or obscured.

**Please note:** 18-certificate videos or DVDs can only be listed if the seller is at least 18 years of age.

Rental DVD and Blu-ray discs are only permitted for sale on Amazon in **Used** condition. If you are listing a rental DVD or Blu-ray disc edition against the detail page for the standard edition, use the listing comments to indicate that your item is a rental edition. For more information about listing rental editions, see the exception under **Matching product offerings inaccurately** in Prohibited Seller Activities and Actions.

In addition to the General Condition Guidelines, apply the following guidelines to used video, DVD & Blu-ray discs:

- **Used - Like New:** Any codes for digital copies or downloadable content must be included and unused.
- **Used - Acceptable:** A product with extensive external signs of wear, but one that continues to play perfectly. The box or jewel case may be damaged. The cover art, liner notes, or other inclusions may be marked, or one or all of these items may be missing. The seller must note any missing inclusions in their listing comments. Combination sets may not be listed with missing discs. If a digital copy is missing, this should be noted in the condition notes. Products must be sold with a protective jewel case or box. Sellers may substitute newer packaging when a jewel case or box is damaged, but they may not substitute copied cover art or liner notes for the originals. The video, disc, or packaging may have identifying markings from its owner.

# Video, DVD & Blu-ray Discs -- Collectible

To be considered collectible, the item should be unique in a way that increases value for a collector:

- Signed or inscribed
- Scarce

Seller comments for collectible media may include the following:

- Further detail on condition or completeness of item and packaging
- Presence of signatures, inscriptions, or other personalization

# Video Games

You may be required to obtain approval to list certain products in the Video Games category. For more information, see Categories Requiring Approval.

**Note:** Unless otherwise specified, all video game items sold on Amazon.com are assumed to be U.S. market products.

In addition to the General Condition Guidelines, apply the following guidelines to Video Games:

- **New:** Unless specified in the product title, all new video game items are assumed to be in full retail packaging. Bulk, plain white box, or other types of packaging are not allowed unless specifically called out in the product title.
- **Used - Like New:** Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Used - Very Good:** Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Used - Good:** Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Used - Acceptable:** You must note whether the box or instructions are missing in the condition notes field. Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Unacceptable:** Video games without essential accompanying material are not permitted. This does not necessarily include the box or instructions.

# Musical Instruments

In addition to the General Condition Guidelines, apply the following guidelines to Musical Instruments:

- **Certified Refurbished**: You may sell **Certified Refurbished** in this category. See the General Condition Guidelines for details.

# Office Products

In addition to the General Condition Guidelines, apply the following guidelines to Office Products:

- **Certified Refurbished**: You may use **Certified Refurbished** in this category. See the General Condition Guidelines for details.

# Outdoors

In addition to the General Condition Guidelines, apply the following guidelines to Outdoor Living:

- **Certified Refurbished**: You may sell **Certified Refurbished** in this category. See the General Condition Guidelines for details.

# Tools & Hardware

To sell a product as **New** in the Tools & Hardware category, the product must be unopened in its original packaging. All original accessories must be intact in the package, and manuals included.

If the original packaging is missing or opened, you must list the product as **Used – Like New** even if the product appears unused. You can clarify the condition of the product and packaging in the condition comments.

*Before listing a product as refurbished, see Selling Tools and Home Improvement products.

## Toys & Baby

- Toys and game products may be listed in **New** or **Collectible** condition only.
- Baby products may be listed in **New** condition only.

## Watches

All watches must be listed in **New** condition only. You may not sell used products in this category.

All watches must come in their original packaging, including all original packaging materials and instruction manuals.

To ensure that customers are able to buy with confidence from all sellers on Amazon, sellers must be pre-approved to sell products in the Watches category. For more information see Categories Requiring Approval.

Exhibit C

https://sellercentral.amazon.com/gp/help/G202010130

Published version on 10/12/2018

# Ensuring product authenticity and quality

Customers trust that they can always buy with confidence on Amazon. As a seller, it's important to understand Amazon's guidelines on product quality and authenticity.

Please take a moment to review our guidelines below. Reviewing and complying with these guidelines will help you keep your account in good health. For additional information, see Best Practices for Listing Quality Improvements, Product Listing Guidelines, and Condition Guidelines.

## Types of violations

Amazon enforces sellers who violate our selling policies. Violations related to product authenticity are categorized as intellectual property violations. Issues with the overall product quality, including products that do not match their descriptions, can be categorized as "materially different" violations.

- Intellectual property violation

   Amazon respects the intellectual property rights of others. As a seller, you are responsible for ensuring that the products you offer are legal, authorized for sale or re-sale, and that they do not violate intellectual property rights such as copyrights, patents, trademarks, and rights of publicity. To learn more about intellectual property violations, see Amazon's Intellectual Property Policy.

- Materially different product condition violation

   The product you list and ship must exactly match the description, pictures, and all other information on the product detail page. Amazon policy prohibits you from listing or shipping "materially different" products. For example:

   - Listing your product in New condition when it is not in brand-new or unused condition, or in un-opened original packaging.
   - Listing your product for sale on any related product detail page when your product does not exactly match the description on that page.
   - Shipping a product that is damaged, defective, misclassified, misrepresented, or missing any of its parts.

   Review and update your listings to confirm your products are accurately described.

   Learn more about Prohibited Seller Activities and Actions.

## Enforcement

Based on the severity of a policy violation, Amazon may take the following actions:

- Cancel your listings
- Limit, suspend, or block your ability to list products
- Suspend or block your ability to sell
- Remove or destroy your FBA inventory

- Withhold your payments

Additionally, we have implemented listing restrictions for certain brands, ASINs, and categories. Approval is required to list under brands, ASINs, or categories with listing restrictions.

# Best Practices in Product Authenticity and Quality

All Amazon sellers are responsible for complying with the law along with Amazon's policies. Customers trust that they can buy with confidence on Amazon and receive authentic products that arrive in the condition they expect. In order to ensure that both sellers and customers have the best experience, here are some tips that sellers might find helpful when listing products on Amazon.

## Sourcing Products

**Are you purchasing your products from a reliable source?**
Know your supplier. Reduce the risk of complaints by researching the manufacturers, resellers, and suppliers from whom you purchase goods.

**Are you confident in the authenticy and quality of your goods?**
Verify the authenticity of the products you source. Take time to perform a quality check of the products you source. If you sell branded products on Amazon, ensure that you source the product(s) from a reliable supplier.

**Are you storing documentation for all of your purchases?**
Keep all documents and records of transactions, such as POs and invoices establishing that you sourced products from reliable suppliers.

**Have you considered possible safety concerns with your products?**
Verify that the products you sell are safe. Take time to research whether there are any safety testing or compliance requirements for the products you sell.

Learn more about Amazon's Product Authenticity and Quality program and Anti-counterfeiting Policy.

To learn more about Amazon's safety policies, please visit the Product safety and compliance page and review the Selling products with Safety and Compliance Requirements page on Seller University

## Listing Products

**Are you listing your products correctly?**
When you are offering a branded product that is already listed, make sure you list it under the corresponding ASIN. If your product is generic, do not list the product under a branded ASIN. Offering a product on an ASIN communicates to customers that you are offering that specific item with those specific characteristics. If you are selling a product that has additional listing qualifications, you will be required to apply to sell those products through Seller Central.

**Are you describing your products accurately?**
When selling generic products that are compatible with a branded product, make sure it is clear that your generic item is not a product of that brand.

Clearly state whether your products are new or used, and list your products under the most appropriate Amazon category. Provide detailed and accurate information about the product you are selling.

You can find guidance on how to add your products and manage your inventory under the "Add your products and manage your inventory" section in Seller University.

For more information about listing your products, please review our Best Practices for Listing Quality Improvements, Product Listing Guidelines, and Condition Guidelines

For more information about listing your products, please review our Condition Guidelines

# Storing & Shipping

**Have you considered the unique features of your products?**
Store your products according to their unique features. Thoughtfully storing your products will help you preserve the integrity of your products and their packaging. Some goods will need to be preserved in a particular manner to maintain their freshness. Remember to check the expiration date on your products. If you use the Fulfilled by Amazon services, we may deem your expired products unsellable.

Pack products carefully and include all parts of the product. Buyers expect to receive products in their original packaging. If you purchased your inventory in bulk and the items are unpackaged, be sure to inform customers of this. See more on Packaging best practices.

If you are sourcing from other parts of the world and/or shipping globally, make sure that your products will properly function and comply with all applicable laws in the country where you are selling them.

See more on Seller Fulfilled Shipping and Fulfilled by Amazon.

For additional information, please review Amazon's policies and agreements.

# FAQ

**How can I check to see if I have a product authenticity complaint?**
You can check the "Product Authenticity Customer Complaints" link under the "Product Policy Compliance" section in Account Health. We may also send you an email if Amazon has concerns about your listings.

**What should I do if my listing(s) has been removed or my account has been suspended due to product authenticity complaints?**
If your listings are removed, your account has been suspended or your ability to list new products has been removed, we will notify you via email. We may ask you to submit invoices from your supplier or provide your supplier's contact information. We may also ask for a plan of action that describes steps you took to resolve the issue and prevent similar complaints, or an authorization letter from the manufacturer. You can submit the documents through the account health dashboard or via email.

For additional information, see:

Appeal the restriction or removal of selling privileges

Amazon Anti-Counterfeiting Policy

Policies and Agreements

**Important:** Providing fabricated documents will result in the removal of your Amazon selling privileges.