UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-60487

SOLU-MED, INC.,

       Plaintiffs,

vs.

YOUNGBLOOD SKIN CARE
PRODUCTS LLC,

       Defendant.
_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff Solu-med, Inc moves the Court for leave to file its Corrected Response to Defendant's Motion for Summary Judgment

1. Plaintiff filed its response to Defendant's Motion for Summary Judgment timely on March 27, 2020. However Plaintiff also filed a motion for leave to file a response that was 30 pages in length (ECF No. 127), as Plaintiff's response exceed the current page limitations in place by the Court. (ECF No. 115).

2. The Court denied Plaintiff's motion to file a response 30 pages in length and ordered that the response must be no more than 25 pages. (ECF No.133).

3. Because the response deadline has passed and Plaintiff's current response is not compliant with the Court's Order entered today, Plaintiff seeks leave to the file a corrected response to the motion for summary judgment. Attached as Exhibit 1 is a copy of the proposed filing.

4. No prejudice to Defendant exists because the proposed filing does not change and/or alter any of the arguments outlined in the timely filing.

<u>Certificate of Compliance with Local Rule 7.1(a)(3)</u>

Plaintiff's counsel has conferred with the Defendant's counsel about this request and Defendant's counsel has no opposition.

Prayer for Relief

WHEREFORE, Plaintiff Solu-med, Inc. respectfully request that the Court grant it leave to file the Correct Response to Defendant's Motion for Summary Judgment.

Respectfully submitted,

BLACK LAW P.A.
1401 E Broward Blvd.  Suite 204
Fort Lauderdale FL 33301
ph-954.320.6220  fx-954.320.6005

By:       s/ *Kelsey K. Black*
Kelsey K. Black
Florida Bar No. 078925
kelsey@kkbpa.com

and
Stanley R. Goodman, Esq. (admitted *pro hac vice*)
Goodman & Saperstein
666 Old Country Road, Suite 200
Garden City, NY  11530
Telephone:  (516) 227-2100
Facsimile:   (516) 227-2108