**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-60487-CIV-ALTMAN/Hunt**

**ARGO HOLDINGS, INC.**, *et al.*,

     *Plaintiffs*,

v.

**YOUNGBLOOD SKIN CARE PRODUCTS, LLC**,

     *Defendant*.

_____/

**<u>ORDER</u>**

**THIS MATTER** comes before the Court upon the [ECF No. 149] Motion to Reset Trial Date. The Motion is **GRANTED**. Accordingly, the [ECF No. 146] April 8, 2020 Amended Scheduling Order is amended as follows:[1]

This case is set for trial during the Court's two-week trial calendar beginning on **September 28, 2020**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on September 22, 2020**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The parties shall adhere to the following schedule:

> **August 24, 2020**.  The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and shall file any motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

---

[1] The original Scheduling Order [ECF No. 65] shall remain in place to the extent not addressed in this Second Amended Scheduling Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of April 2020.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record