UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:19-cv-60487**

SOLU-MED, INC.,

       Plaintiffs,

vs.

YOUNGBLOOD SKIN CARE
PRODUCTS LLC,

       Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Solu-med, Inc. and Defendant Youngblood Skin Care Products, LLC have amicably resolved all issues and hereby stipulate that this lawsuit be dismissed with prejudice with each party agreeing to bear its own attorney's fees and costs.

| For Plaintiff: | For Defendant: |
|---|---|
| BLACK LAW P.A.<br>1401 E Broward Blvd. Suite 204<br>Fort Lauderdale FL 33301<br>954.320.6220  fx-954.320.6005 | COLE, SCOTT & KISSANE, P.A.<br>222 Lakeview Ave., Ste. 120<br>West Palm Beach, FL 33401<br>561.383.9203  fx-561.683.8977 |
| By:  *s/ Kelsey K. Black*<br>Kelsey K. Black<br>Florida Bar No. 078925<br>kelsey@kkbpa.com | By:  *s/ Sheena Smith*<br>Jonathan Vine<br>Florida Bar No. 10966<br>Jonathan.vine@csklegal.com<br>Sheena D. Smith<br>Florida Bar No. 11919<br>Sheena.smith@csklegal.com |

and

Stanley R. Goodman, Esq. (admitted *pro hac vice*)
Goodman & Saperstein
666 Old Country Road, Suite 200
Garden City, NY  11530
Telephone:  (516) 227-2100
Facsimile:  (516) 227-2108
*gsesq600@aol.com*